66 A.3d 761

**Damon JONES, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT**
**OF CORRECTIONS; John E. Wetzel; Michael**
**Wenerowicz, Respondents.**

**No. 34 EM 2013.**

Supreme Court of Pennsylvania.

May 3, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**